IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF

MARIA DE LOS A. GONZALEZ GONZALEZ

CASE NUM.: 09-06408 (SEK)

CHAPTER 13

DEBTOR

BANCO BILBAO VIZCAYA – ARGENTARIA

INDEX

MOVANT

VS.

MARIA DE LOS A. GONZALEZ GONZALEZ
CHAPTER 13 TRUSTEE
JOSE RAMON CARRION MORALES

RESPONDENTS

## MOTION REQUESTING ENTRY OF ORDER

TO THE HONORABLE COURT:

This motion is filed on behalf of BANCO BILBAO VIZCAYA PUERTO RICO, represented by Montañez & Alicea Law Offices, and respectfully states and prays:

1. On March 16, 2010 Banco Bilbao Vizcaya Puerto Rico filed a Motion Requesting Relief from the Automatic Stay in the above captioned case for debtors' failure to comply with the terms of the confirmed plan regarding post petition payments to this secured creditor.

2. Debtor has filed a post modification plan to includes all the post petition mortgage loan arrears up to and including October, 2010.

3. Debtor and BBVA reached an agreement and filed Joint Stipulation approved by this Court, with the following terms and conditions:

- The debtor has filed a post confirmation modified plan dated December 20, 2010, docket no. 68, wich provides for BBVA´S post petition mortgage loan arrears up to and including October 2010.
- The debtor will maintain current future post petition payments to BBVA, and in the event debtor incurs in two (2) or more consecutive post petition arrears to BBVA, the parties hereby agree that the automatic stay will be deemed lifted in favor of BBVA without the need of an index or hearing.

4. Debtor has failed to comply with post petition payments as per Joint Stipulation the terms of the agreement, therefore, Banco Bilbao Vizcaya Puerto Rico respectfully requests that an order be entered lifting the automatic stay in its favor.

WHEREFORE, it is respectfully requested from this Honorable Court to enter an order lifting the automatic stay in favor of Banco Bilbao Vizcaya Puerto Rico in order

for Banco Bilbao Vizvcaya Puerto Rico to continue with the foreclosure proceedings in the state court.

I HEREBY CERTIFY that a true and exact copy of this motion has been served by First Class Mail and pre-paid postage upon debtors **Maria De Los A. Gonzalez Gonzalez,** Urb. Villa Rosales F9, Aibonito, Puerto Rico 00705; debtors' attorney **Roberto Figueroa Carrasquillo, Esq.,** Po Box 193677, San Juan, Puerto Rico 00919-3677; and the Standing Chapter 13 Trustee **Jose Ramon Carrion Morales, Esq.,** Po Box 9023884, San Juan, Puerto Rico 00902-3884.

In San Juan, Puerto Rico, this 21st days of March 2011.

MONTAÑEZ & ALICEA LAW OFFICES
500 MUÑOZ RIVERA AVE.
EL CENTRO I SUITE 211-214, HATO REY, PR 00918
TEL. 756-6600  FAX 756-6829
quiebra@prw.net

/s/María S. Jiménez Meléndez
MARIA S. JIMENEZ MELENDEZ
USDC-PR 206307

# STATEMENT OF ACCOUNT

| DEBTOR: | MARIA DE LOS A GONZALEZ GONZALEZ | | BPPR NUM: | 081010016217623 |
|---|---|---|---|---|
| BANKRUPTCY NUM: | 09-06408SEK | | FILING DATE: | 08/03/09 |

## SECURED LIEN ON REAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Principal Balance as of | 04/01/09 | | | | 63,251.67 |
| Accrued Interest from | 03/01/09 to | 03/31/11 | | | 8,565.33 |
| Interest: 6.500% | Accrued num. of days: | 750 | Per Diem: | 11.420440 | |

**Monthly payment to escrow**

| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | | |
|---|---|---|---|---|---|---|---|
| A&H | $0.00 | Life | $0.00 | | | | |
| Total montly escrow | | | $0.00 | Months in arrears | 24 | Escrow in arrears | 0.00 |
| | | | | | | Accrued Late Charge: | 556.90 |

**Advances Under Loan Contract:**

| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | | 295.05 |
|---|---|---|---|---|---|---|---|
| Other | $250.05 | | | | | | |
| Legal Fees: | | | | | | | 3,970.46 |
| Total amount owed as of | 03/31/11 | | | | | | 76,639.41 |

## AMOUNT IN ARREARS

**PRE-PETTITION AMOUNT:**

| 22 | payments of | $461.00 | each one | | 10,142.00 |
|---|---|---|---|---|---|
| | acummulated lated charges | | | | 523.19 |

**Advances Under Loan Contract:**

| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | | 295.05 |
|---|---|---|---|---|---|---|---|
| Other | $250.05 | | | | | | |
| Legal Fees | | | | | | | 3,970.46 |
| | | | | | A = TOTAL PRE-PETITION AMOUNT | | 14,930.70 |

**POST-PETTITION AMOUNT:**

| 2 | payments of | $461.00 | each one | | 922.00 |
|---|---|---|---|---|---|
| | Late Charge | | | | 33.71 |
| | | | | B = TOTAL POST-PETITION AMOUNT | 955.71 |
| | | | | A + B = TOTAL AMOUNT IN ARREARS | 15,886.41 |

## OTHER INFORMATION

| Next pymt due | 04/01/09 | Interest rate | 6.500% | P & I | $421.27 | Monthly late charge | $16.85 |
|---|---|---|---|---|---|---|---|
| Investor | BANCO BILBAO VIZCAYA | Property address | | LOT 6 SR 722 KM 1.9 AIBONITO, P. R. | | | |

The subscribing representative of Banco Bilbao Vizcaya declares under penalty of perjury that according to the information gathered by Banco Bilbao Vizcaya the foregoing is true and correct.

*[signature]*

**BANCO BILBAO VIZCAYA**

03/18/11
DATE

SACCTFHA