IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>MARIA DE LOS ANGELES GONZALEZ GONZALEZ<br><br>XXX-XX-5223<br><br><br>Debtor | CASE NO. 09-06408 SEK<br><br>Chapter 13<br><br>**FILED & ENTERED ON 06/17/2011** |

O R D E R

For the reasons stated in the Trustee's Motion to Dismiss filed on 05/09/2011, which has not been opposed, this case is hereby dismissed.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

The Clerk will give notice of this Order.

GIVEN in San Juan, Puerto Rico, 17 day of June, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: ALL CREDITORS
   DEBTOR
   ROBERTO  FIGUEROA CARRASQUILLO
   JOSE RAMON CARRION MORALES