09-06408-SEK

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| MARIA DE LOS ANGELES GONZALEZ<br>GONZALEZ<br>VILLA ROSALES F-9<br>AIBONITO, PR 00705 | ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 |
| BANCO BILBAO VIZCAYA<br>C/O MONTANEZ & ALICEA<br>500 MUNOZ RIVERA STE 211-214<br>SAN JUAN, PR 00918 | BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| CLARO<br>PO BOX 360998<br>SAN JUAN, PR 00936 | DEPARTMENT OF TREASURY<br>UNSECURED CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| LCDO JOSE A PEREZ FERRARI<br>COND EL CENTRO I OFICINA 211-214<br>500 AVE MU?OZ RIVERA<br>SAN JUAN, PR 00918 | US DEPARTMENT OF EDUCATION<br>PO BOX 105028<br>ATLANTA, GA 30348-5028 |

Dated July 28, 2011

/S/ José R. Carrión
OFFICE OF THE CHAPTER 13 TRUSTEE